# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tizoc J. Jaimes                                      Docket No. 5:13-MJ-1680-1

## Petition for Action on Probation

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tizoc J. Jaimes, who, upon an earlier plea of guilty to Level 5 Driving While Impaired, in violation of 18 U.S.C. 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on May 14, 2014, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall surrender his North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

   A $10 special assessment and $200 fine were also imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since being placed on supervision, the defendant has complied with all conditions of supervision, and has satisfied the special conditions imposed. Being former military, the defendant has an opportunity for employment with Raidon Tactics in Iraq. While currently employed, the proposed employment would offer a substantially higher salary and in turn, allow him to better provide for his minor child. Based upon his compliance to date, it is respectfully recommended that his term of supervision be terminated which would allow him to accept employment in Iraq.

**PRAYING THAT THE COURT WILL ORDER** that probation be terminated effective immediately.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Robert L. Thornton   /s/ Debbie W. Starling
Robert L. Thornton  Debbie W. Starling
Supervising U.S. Probation Officer  U.S. Probation Officer
 310 Dick Street
 Fayetteville, NC 28301-5730
 Phone: (910) 483-8613
 Executed On: December 11, 2014

### ORDER OF COURT

Considered and ordered this  11th  day of  December , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge